IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02476-RPM

BANNOCK STREET CENTER LIMITED PARTNERSHIP,

    Plaintiff,

v.

40/86 MORTGAGE CAPITAL, INC.,

    Defendant.

_____

## ORDER DENYING MOTION TO DISMISS
_____

    The plaintiff Bannock Street Center Limited Partnership claims a breach of a mortgage loan application/commitment, attached to the complaint as Exhibit A, by anticipatory repudiation evidenced by the tender of loan documents that contain terms inconsistent with the terms of the commitment and seeks return of $243,000.00 paid as a commitment fee. The defendant filed a motion to dismiss under Fed.R.Civ.P. 12(b)(6). The plaintiff filed its response and the defendant filed a reply. Because the complaint sufficiently alleges facts supporting the claim, it is

    ORDERED that the motion to dismiss is denied.

    DATED: December 9th, 2011

                                              BY THE COURT:

                                              s/Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior Judge